UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CR00665JAR |
| ) | |
| LEON HOPSON and ) | |
| MIA DABNEY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motions to Continue the Trial. (Doc. Nos. 58 and 60.) For good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Motions to Continue the Trial [Doc. No. 58 and 60] are **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendants in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, October 6, 2025 at 9:00 a.m.** in **Courtroom 3 North**.

Dated this 22nd day of August, 2025.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**